TOWN v. DUNKIRK PRINTING CO. (Supreme Court, Appellate Division, Fourth Department. March 25, 1914.) Action by Mary L. Town against the Dunkirk Printing Company. No opinion. Motion for leave to appeal to Court of Appeals denied, with $10 costs. For former decision, see 147 N. Y. Supp. 1145.

TOWN OF NORTH HEMPSTEAD, Respondent, v. STERN, Appellant. (Supreme Court, Appellate Division, Second Department. May 1, 1914.) Action by Town of North Hempstead against Benjamin Stern.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

CARR, J., not voting.

TRAVELERS' INS. CO. v. BRAYER et al. (Supreme Court, Appellate Division, Fourth Department. March 18, 1914.) Action by the Travelers' Insurance Company against Nicholas L. Brayer and another. No opinion. Defendants' exceptions overruled, motion for new trial denied, with costs, and judgment directed for the plaintiff upon the verdict, with costs.

TROOB, Appellant, v. HERTZ, Respondent. (Supreme Court, Appellate Division, Second Department, May 1, 1914.) Action by Kreine Troob against Milton Hertz, individually and as receiver, etc. No opinion. Order of the County Court of Kings County affirmed, with $10 costs and disbursements, without prejudice to an application by plaintiff to the Special Term for leave to amend his complaint on appropriate terms.

TRUFANT v. WILLIAMS. (Supreme Court, Appellate Division, First Department. April 9, 1914.) Action by Ruth L. Trufant against Henry G. Williams. No opinion. Motion to dismiss appeal granted. Order filed.

In re TRUSTEES OF CITY AND COUNTY HALL IN CITY OF BUFFALO. (Supreme Court, Appellate Division, Fourth Department. April 29, 1914.) In the matter of the appointment of three trustees of the City and County Hall for the use of the City of Buffalo and the County of Erie, in the place of Wadsworth J. Zittel and Henry C. Steul, whose terms of office expire May 4, 1914, and Henry V. Bisgood, deceased, whose term of office would have expired May 2, 1918. No opinion. Wadsworth J. Zittel and Henry C. Steul appointed, each for the term of six years from the 4th day of May, 1914, to succeed themselves. Howard Bissell, Democrat, residing at 27 Middlesex Road, Buffalo, appointed to take the place of Henry V. Bisgood, deceased, for the unexpired portion of said term, ending May 2, 1918.

TURPIN v. WM. A. TURPIN CO. et al. (Supreme Court, Appellate Division, First Department. April 24, 1914.) Action by Dorothea R. Turpin, as administratrix, etc., against the William A. Turpin Company and others. No opinion. Motion granted, on condition stated in order. Order filed. See, also, 147 N. Y. Supp. 1146.

TURPIN, Respondent, v. WILLIAM A. TURPIN CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. May 8, 1914.) Action by Dorothea R. Turpin, as administratrix, etc., against the William A. Turpin Company and others. George Thoms, of New York City, for appellant. O. A. Campbell, of New York City, for respondent.

PER CURIAM. Orders affirmed, with $10 costs and disbursements. Order filed. See, also, 147 N. Y. Supp. 1146.

INGRAHAM, P. J., and DOWLING, J., dissent.

UHL, Respondent, v. INTERNATIONAL RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 25, 1914.) Action by Rosina Uhl, as executrix, etc., against the International Railway Company.

PER CURIAM. Judgment affirmed, with costs.

KRUSE, P. J., dissents, upon the ground that under the rule of law charged by the trial judge no negligence was shown entitling the plaintiff to recover.

ULMER, Appellant, v. AMERICAN LOCOMOTIVE CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. April 1, 1914.) Action by Frank Ulmer against the American Locomotive Company. No opinion. Judgment and order affirmed with costs. See, also, 147 N. Y. Supp. 1146.

ULMER, Appellant, v. AMERICAN LOCOMOTIVE CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. April 1, 1914.) Action by Frank Ulmer against the American Locomotive Company. No opinion. Order denying motion for new trial on ground of newly discovered evidence affirmed, with costs. See, also, 147 N. Y. Supp. 1146.

UNITED STATES TITLE GUARANTY CO., Respondent, v. LECORN BUILDING CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 10, 1914.) Action by the United States Title Guaranty Company against the Lecorn Building Company. No opinion. Motion denied, without costs. See, also, 146 N. Y. Supp. 1116.

In re VALENTINE'S ESTATE. (No. 5684.) (Supreme Court, Appellate Division, First Department. April 24, 1914.) Appeal from Surrogate's Court, New York County. In the matter of proceedings for the assessment of the transfer tax on the estate of Henry C. Valentine, deceased. From a surrogate's order (147 N. Y. Supp. 231) sustaining objections to an appraiser's report and fixing the transfer tax, the State Comptroller appeals. Reversed, and report of first appraiser confirmed. Albert Stickney, of New York City, for appellant. Ellwood M. Rabenold, of New York City, for respondent.

PER CURIAM. We disagree with the learned surrogate in sustaining the objections to the first appraiser's report, as we think the amount found by the appraiser was a fair estimate of the value of the stock in question. The decree